IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BENJAMIN HILBORN,<br>   Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br>   Defendant. | Civil Action No:<br>1:18-CV-00103-RSK<br><br>Hon. Ray Kent |

**JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for Plaintiff, reversing the Commissioner's final decision and remanding this action to the Social Security Administration for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Dated: July 6, 2018

/s/ Ray Kent
Hon. Ray Kent
United States Magistrate Judge